

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Coastal Environmental Rights Foundation, a non-profit corporation<br><br>         **Plaintiff,**<br>     V.<br><br>National Steel & Metals, Inc., a California corporation<br><br>         **Defendant.** | Civil Action No. 16cv0291-CAB-JLB<br><br>**CLERK'S DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Clerk's Default Judgment in favor of Coastal Environmental Rights Foundation against National Steel & Metals, Inc. in the amount of $3,177,000.00. Plaintiff is also awarded attorneys' fees in the amount of $11,489.90 and costs in the amount of $1,219.41.

Date: 8/10/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ T. Hernandez

T. Hernandez, Deputy