# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COASTAL ENVIRONMENTAL RIGHTS FOUNDATION, a non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL STEEL & METALS, INC. a California corporation,<br><br>        Defendant. | Civil Case No.: 3:16-cv-00291-CAB-JLB<br><br>**PERMANENT INJUNCTION AND JUDGMENT** |

    This matter is before the Court on Plaintiff's Motion for Default Judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, in accordance with the Order Granting Plaintiff's Motion for Default Judgment,

**IT IS ORDERED, ADJUDGED AND DECREED** that:

1. This Court has jurisdiction over the parties to and the subject matter of this action. The jurisdiction of this Court shall be retained for the purposes of enforcing this Judgment.

2. Defendant National Steel & Metals, Inc., ("Defendant") has violated the California

General Permit for Discharges of Storm Water Associated with Industrial Activities ("Storm Water Permit") and Section 301(a) of the Clean Water Act.

3. Defendant and all of its officers, directors, employees, servants, agents, attorneys, and all persons in active concert or participation with them, are permanently and immediately enjoined from discharging pollutants from the National Facility located at 2292 National Avenue, San Diego, California and from any further violation of the Storm Water Permit and Clean Water Act.

4. Defendant is ordered to pay $3,177,000 in civil penalties under Claims I, II, III, IV, and VI of the Complaint pursuant to 33 U.S.C. §1319(d). This payment shall be made to the United States Treasury within sixty (60) days of the date of this Order.

5. Defendant shall reimburse Plaintiff Coastal Environmental Rights Foundation $11,489.90 in attorneys' fees and $1,219.41 in costs pursuant to 33 U.S.C. §1365(d). This payment shall be made to Plaintiff within thirty (30) days of the date of this Order.

6. Plaintiff is directed to serve Defendant with this Order by means calculated to provide actual notice.

7. The Clerk is directed to forward copies of this Order to all counsel of record and to enter judgment for Plaintiff pursuant to Rule 58 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated: August 18, 2016

Hon. Cathy Ann Bencivengo
United States District Judge